# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2013

146354

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellant,

v

SC: 146354
COA: 311295
Lapeer CC: 12-010954-FC

KENNETH CARL GRONDIN, III,
　　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the October 25, 2012 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Tanner* (Docket No. 146211) is pending before this Court and the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013 _____

_____
Clerk

p0515